UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET NEW YORK, N.Y. 10007

**J. Michael McMahon**
**Clerk of the Court**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08
```

------------------------------- x
Nathaniel Jones,

        Plaintiff(s),        08 Civ. 1148 (DC)

    - against -

City School District of New Rochelle, et al

        Defendant(s).
------------------------------- x

    The above-captioned action has been assigned to Judge Denny Chin.

    Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

    This conference will be held on September 15, 2008 at 2:00 P.M., in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

    **Please send a copy of this notice to your adversary, and mail a copy of a transmittal letter** to the undersigned. All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:    New York, New York
           August 11, 2008

                                      Sincerely,

                                      David Tam
                                      Courtroom Deputy Clerk
                                      U.S.D.C. - S.D.N.Y.
                                      500 Pearl Street, Rm. 1020
                                      New York, New York 10007
                                      (212) 805-0096