UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
NATHANIEL JONES,

                        Plaintiff,

        -against-                                    **NOTICE OF**
                                                     **<u>APPEARANCE</u>**

CITY SCHOOL DISTRICT OF NEW ROCHELLE,                Docket No.
ASSISTANT SUPERINTENDENT MARGARET                    08 Civ. 1148 (DC) (DCF)
PECUNIA, PERSONNEL CLERK DIANNA
WESSEL, GOODTEMPS a/k/a GOODWILL
INDUSTRIES OF GREATER NEW YORK, all
defendants sued in their individual and official
capacity

                        Defendants.
------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that Michael A. Miranda, a member of the firm of

MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for

defendants CITY SCHOOL DISTRICT OF NEW ROCHELLE, MARGARET

PECUNIA and DIANNA WESSEL, hereby files this notice solely for the purpose of

receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or

service.

Dated: Mineola, New York
      August 24, 2008

MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP
Attorneys for Defendants CITY SCHOOL DISTRICT OF NEW ROCHELLE, ASSISTANT SUPERINTENDENT MARGARET PECUNIA, PERSONNEL CLERK DIANNA WESSEL, GOODTEMPS a/k/a GOODWILL INDUSTRIES OF GREATER NEW YORK

By:_____
MICHAEL A. MIRANDA (MAM-6413)
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676
Our File No. 08-348

TO:    Nathaniel Jones, Esq.
       Plaintiff Pro-Se
       51 Webbs Lane, Apt. P-4
       Dover, Delaware 19904